PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:14CR02044-TOR-1 |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00114-APG-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | |
|---|---|---|
| Jacob Alan Seiger<br>Las Vegas, Nevada 89118 | | |

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

6/11/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ MAM _____ DEPUTY

| DISTRICT | DIVISION |
|---|---|
| Nevada | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| Thomas O. Rice |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 3/13/2026 | 3/12/2029 |

OFFENSE
Distribution of Heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(C)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Communal ties  and prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ Washington _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2026
*Date*

*Thomas O. Rice*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 15, 2026
*Effective Date*

*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jacob Alan Seiger

Case No.: TO BE ASSIGNED

TRANSFER OF JURISDICTION

June 11, 2026

TO:    The Honorable United States District Judge

On April 28, 2015, Mr. Seiger was sentenced in the Eastern District of Washington to 156 months imprisonment with three years of supervised release to follow for Distribution of Heroin by the Honorable Thomas O. Rice. Supervision commenced in the District of Nevada on March 13, 2026.

Mr. Seiger intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by the signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Thomas O. Rice agreed to relinquish jurisdiction of the case. Should you have any questions regarding this matter, please contact the undersigned at Amanda_stevens@nvp.uscourts.gov.

Respectfully submitted,

Amanda Stevens
2026.06.11 11:06:47
-07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Donnette
Johnson
Date: 2026.06.11 11:04:34
-07'00'

Donnette Johnson
Supervisory United States Probation Officer