RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_penn@fd.org

Attorney for Jacob Alan Sieger

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB ALAN SIEGER,<br>Defendant. | Case No. 2:26-cr-00114-APG-EJY-1<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Jacob Alan Sieger, that the Revocation Hearing currently scheduled on September 1, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss the allegations within the petition with the defendant.

2. The additional amount of time would allow the parties to confer regarding a potential resolution.

3. The parties agree to a continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By _/s/ Dawn A. Penn_
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By _/s/ Jessica Oliva_
JESSICA OLIVA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACOB ALAN SIEGER,

Defendant.

Case No. 2:26-cr-00114-APG-EJY-1

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 1, 2026, at 10:30 a.m., be vacated and continued to September 22, 2026 at the hour of 11:00 a.m. in Courtroom 6C.

DATED this 28th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE